IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JERROD NILE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) No. 3:12-cv-00279 |
| v. | ) Judge Nixon |
| | ) Magistrate Judge Knowles |
| INGRAM ENTERTAINMENT INC., | ) |
| | ) |
| Defendant. | ) |

### ORDER

Pending before the Court is Plaintiff Jerrod Nile's Motion for Leave to Manually File Videotape ("Motion"), requesting the Court's permission to file a surveillance video in DVD format that contains footage relating to the grounds for Nile's termination. (Doc. No. 20.) Defendant Ingram Entertainment Inc. has filed a Response stating it does not object to the Motion, though it believes the Court may not have the required software to view the video. (Doc. No. 25.) Accordingly, the Court **GRANTS** the Motion and directs Nile file the video with the Court's chambers directly. The Court will notify the parties if it requires assistance in viewing the footage.

It is so ORDERED.

Entered this the ___15th___ day of May, 2013.

JOHN T. NIXON, SENIOR JUDGE
UNITED STATES DISTRICT COURT