IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| JERROD NILE, | ) | |
| | ) | |
| Plaintiff, | ) | No. 3:12-cv-00279 |
| | ) | Jury Demand |
| v. | ) | Judge Nixon |
| | ) | |
| INGRAM ENTERTAINMENT, INC. | ) | |
| | ) | |
| Defendant. | ) | |

_____

**STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE**
_____

It is hereby stipulated and agreed by and between the parties and their respective counsel that the above captioned case is hereby voluntarily dismissed, with prejudice pursuant to Federal Rule Civil Procedure Rule 41(a)(1)(ii).

Stipulated by the parties on this 14th day of January 2014.

                                                    Respectfully submitted,

                                                    /s/ Stephen W. Grace
                                                    Stephen W. Grace, (BPR #14867)
                                                    1019 16th Avenue South
                                                    Nashville, TN 37212
                                                    (615) 255-5225
                                                    sgrace@graceandrudy.com

                                                    /s/ Kerry E. Knox
                                                    Kerry E. Knox, (BPR #23302)
                                                    117 South Academy Street
                                                    Murfreesboro, TN 37130
                                                    (165) 896-1000
                                                    kek@castleiknox.com

                                                    *Attorneys for Plaintiff*

/s/ Charles K. Grant
                                            Charles K. Grant, (BPR #017081)
                                            BAKER, DONELSON, BEARMAN,
                                            CALDWELL & BERKOWITZ, P.C.
                                            Commerce Center, Suite 800
                                            211 Commerce Street
                                            Nashville, Tennessee 37201
                                            Telephone: (615) 726-5600
                                            Facsimile: (615) 726-0464

                                            *Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on the 14th day of January, 2014, a copy of the Stipulation of Voluntary Dismissal was filed electronically. Notice of this filing will be served by operation of the Court's electronic filing system to counsel for parties below. Counsel for parties may access these filings through the Court's electronic filing system:

Charles K. Grant
BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, P.C.
211 Commerce Street, Suite 800
Nashville, TN 37201


                                            /s/ Stephen W. Grace
                                            Stephen W. Grace