IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| **JERROD NILE,** | ) | |
| Plaintiff, | ) ) ) | No. 3:12-cv-00279 |
| v. | ) ) | Judge Nixon |
| **INGRAM ENTERTAINMENT, INC.** | ) ) | Magistrate Judge Knowles |
| Defendant. | ) ) | **JURY DEMAND** |

## ORDER

The parties to the above-styled action have filed a Stipulation of Voluntary Dismissal with Prejudice, in which they state all causes of action in the case are dismissed with prejudice. (Doc. No. 47.) Accordingly, pursuant to Federal Rule of Civil Procedure 41 (a)(1)(A)(ii), the case is **DISMISSED with prejudice**. Defendant's pending First Motion in Limine to Exclude Inadmissible Hearsay Allegations by Third Party to Plaintiff (Doc. No. 36) is **TERMINATED AS MOOT**. The Clerk of the Court is **DIRECTED** to close the case.

It is so ORDERED.

Entered this the 16th day of January, 2014.

JOHN T. NIXON, SENIOR JUDGE
UNITED STATES DISTRICT COURT